UNITED STATES BANKRUPTCY COURT OF PENNSYLVANIA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Bankruptcy No. 16-12852-MDC
MELISSA M. SUMAR, :
: CHAPTER 7
Debtor. :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date:  August 3, 2016
Time:  11:00 a.m.
Place: United States Bankruptcy Court
       Courtroom #5
       Robert N.C. Nix, Sr. Federal Courthouse
       900 Market Street
       Philadelphia, PA 19107

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, Melissa M. Sumar, by and through her counsel, Barry A. Solodky, Esquire and Nikolaus & Hohenadel, LLP, has filed a Debtor's Supplemental Motion to Avoid Lien of First Union National Bank (n/k/a Wells Fargo Bank, N.A.) requesting the lien of First Union National Bank (n/k/a Wells Fargo Bank, N.A.) be extinguished.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY).

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before July 29, 2016 you or your attorney must do ALL of the following:

    (a) file an answer explaining your position at:

        United States Bankruptcy Court
        Clerk's Office
        Robert N.C. Nix Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, Pa 19107

    If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the Movant's attorney:

    Barry A. Solodky, Esquire
    Nikolaus & Hohenadel, LLP
    212 North Queen Street
    Lancaster, Pa  17603
    Phone: (717) 299-3726
    Fax: (717) 299-1811

2. If you or your attorney do not take the steps described in Paragraph 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Judge Magdeline D. Coleman, United States Bankruptcy Judge, on August 3, 2016 at 11:00 A.M. in Courtroom #5, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: _July 22_, 2016