UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| **Melissa M. Sumar** | : | Case No.: 16-12852-MDC |
| | : | |
| Debtor | : | |

## NOTICE OF ENTRY OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**NOTICE IS HEREBY GIVEN** pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Demetrios H. Tsarouhis, Esquire of Tsarouhis Law Group, LLC hereby appears as counsel for Premier Capital LLC ("Premier") in the above-captioned matter.

**NOTICE IS FURTHER GIVEN**, that Premier requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon Premier at the following address and telephone number:

Demetrios Tsarouhis, Esq.
21 S. Ninth Street
Allentown, PA 18102
610-628-2440
Fax: 610-465-8844
dht@pacollections.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without

limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, facsimile, telegraph, telex, or otherwise, that affect the above-captioned Debtor or the property of such Debtor's estate.

                        Respectfully Submitted,

                    BY: /s/ Demetrios H. Tsarouhis
                        Demetrios Tsarouhis, Esq.
                        21 S. Ninth Street
                        Allentown, PA 18102
                        610-628-2440
                        Fax: 610-465-8844
                        dht@pacollections.com

August 2, 2016