UNITED STATES BANKRUPTCY COURT OF PENNSYLVANIA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      :    Bankruptcy No. 16-12852-MDC
MELISSA M. SUMAR,                     :
                                      :    CHAPTER 7
           Debtor.                    :

## REVISED ORDER

AND NOW, this 3rd day of August, 2016, based upon the Motion of the Debtor, and there being no answer or other responsive pleading being filed,

IT IS HERBY ORDERED that the judgment lien of First Union National Bank (n/k/a Wells Fargo Bank, N.A.) on the debtor's bank account is avoided and the judgment lien and not the mortgage shall be marked discharged upon the Debtor receiving a Discharge in her Chapter 7 Bankruptcy.

BY THE COURT

_____
Judge Magdeline D. Coleman