United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-12852-mdc
Melissa M. Sumar                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR              Page 1 of 1              Date Rcvd: Aug 04, 2016
                            Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2016.
db          +Melissa M. Sumar,    3 Winding Way,    Denver, PA 17517-9164
13713926    ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
              (address filed with court:  First Union National Bank,    123 South Broad Street,
                Philadelphia, PA 19109)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BARRY A. SOLODKY    on behalf of Debtor Melissa M. Sumar bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;dpeiffer@n-hlaw.com;jsimmerok@n-hlaw.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com
              DEMETRIOS   TSAROUHIS    on behalf of Creditor    Premier Capital, LLC tsarouhis@hotmail.com,
               noticemebankruptcyfilings@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT OF PENNSYLVANIA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Bankruptcy No. 16-12852-MDC
MELISSA M. SUMAR, :
: CHAPTER 7
Debtor. :

### REVISED ORDER

AND NOW, this 3rd day of August, 2016, based upon the Motion of the Debtor, and there being no answer or other responsive pleading being filed,

IT IS HERBY ORDERED that the judgment lien of First Union National Bank (n/k/a Wells Fargo Bank, N.A.) on the debtor's bank account is avoided and the judgment lien and not the mortgage shall be marked discharged upon the Debtor receiving a Discharge in her Chapter 7 Bankruptcy.

BY THE COURT

_Magdeline D. C_____
Judge Magdeline D. Coleman