United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Melissa M. Sumar  
    Debtor

Case No. 16-12852-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Aug 23, 2016  
                      Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2016.  
db           +Melissa M. Sumar,    3 Winding Way,    Denver, PA 17517-9164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2016 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    Deutsche Bank National Trust Company et al...  
          agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         BARRY A. SOLODKY    on behalf of Debtor Melissa M. Sumar bsolodky@n-hlaw.com,  
          mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;lleaman@n-hlaw.com;dsheaffer@n-hlaw.com  
         CHRISTINE C. SHUBERT    christine.shubert@comcast.net,    J100@ecfcbis.com  
         DEMETRIOS TSAROUHIS    on behalf of Creditor    Premier Capital, LLC tsarouhis@hotmail.com,  
          noticemebankruptcyfilings@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                      TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Melissa M. Sumar : Case No. 16–12852–mdc
    Debtor(s)

### ORDER
_____

AND NOW, this day , August 23, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

36
Form 195